1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their
capacities as Trustees of the LABORERS
HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA;
LABORERS VACATION-HOLIDAY
TRUST FUND FOR NORTHERN
CALIFORNIA; LABORERS PENSION
TRUST FUND FOR NORTHERN
CALIFORNIA; and LABORERS TRAINING
AND RETRAINING TRUST FUND FOR
NORTHERN CALIFORNIA,

      Plaintiffs,

    vs.

ONTIVEROS CONCRETE, INC.,

      Defendant.

Case No.: 12-cv-06338-YGR

**ORDER STAYING ACTION PENDING
RESOLUTION OF CHAPTER 7 BANKRUPTCY
AND VACATING CASE MANAGEMENT
CONFERENCE**

    The Court has received notice that Defendant filed a petition for bankruptcy.  (Dkt. No. 5.)
Accordingly, this action is **STAYED** and the Court now sets this matter for a Bankruptcy Status
Hearing at 9:01 a.m. on Friday, September 27, 2013.  The Case Management Conference scheduled
for March 25, 2013 is hereby **VACATED**.

    Five (5) business days prior to the date of the Status Hearing, Plaintiffs must file a Case
Management Statement informing the Court of the status of the bankruptcy proceedings.  If the Case
Management Statement has been timely filed, no appearance will be required and the Status Hearing
will be taken off calendar.  Telephonic appearances will be allowed if the statement has been
submitted in a timely fashion and the Court deems the hearing necessary.  Failure to do so may result
in sanctions.

United States District Court
Northern District of California

1   If Plaintiffs become aware that the bankruptcy stay has been vacated, modified to allow this

2   matter to proceed, or terminated by dismissal of the bankruptcy action, Plaintiffs must immediately

3   serve and file a notice that the bankruptcy stay is no longer in effect and request the setting of a Case

4   Management Conference.  Failure to file the Case Management Statement, appear at the Status

5   Hearing, or file the notice that the bankruptcy stay is no longer in effect, may result in sanctions,

6   including monetary sanctions or dismissal.

7   **IT IS SO ORDERED.**

8   Dated: March 21, 2013

9   **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**