# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ONTIVEROS CONCRETE, INC.,<br><br>        Defendant. | Case No.: 12-cv-06338-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING; CONTINUING STAY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On September 27, 2013, the Court issued an Order to Show Cause. (Dkt. No. 10.) The Plaintiff provided a timely written response to the Order. (Dkt. No. 11.) Having reviewed and considered the written response, the Court is satisfied with the party's submission, and accordingly, VACATES the hearing set for Friday, March 14, 2014. A compliance hearing regarding the status of Defendant's bankruptcy proceedings shall be held on Friday, September 26, 2014 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file a Case Management Statement apprising the Court of the status of Defendant's bankruptcy proceedings and the need for a continued stay. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

IT IS SO ORDERED.

Dated: March 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**