# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

  Plaintiffs,

vs.

ONTIVEROS CONCRETE, INC.,

  Defendant.

Case No.: 12-cv-06338-YGR

**ORDER VACATING COMPLIANCE HEARING; DISMISSING CASE**

On September 29, 2015, plaintiffs advised the Court that the automatic stay in this case has been lifted as a result of a final decree from the Bankruptcy Court. (Dkt. No. 21.) In light of plaintiffs' filing, the compliance hearing set for October 2, 2015, is hereby **VACATED**.

Plaintiffs also requested that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 41. Good cause shown, the action is hereby **DISMISSED**.

This Order terminates this case.

**IT IS SO ORDERED.**

Dated: October 1, 2015

            _____
            **YVONNE GONZALEZ ROGERS**
            **UNITED STATES DISTRICT COURT JUDGE**